Brent Dorian Brehm (SBN: 248983)
  E-mail: bbrehm@kantorlaw.net
Glenn R. Kantor (SBN: 122643)
  E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
Lita Nemeth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITA NEMETH,<br><br>            Plaintiff,<br><br>     vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND THE CHARLES SCHWAB CORPORATION WELFARE BENEFITS PLAN,<br><br>            Defendants. | Case No. 4:21-cv-08503-JST<br><br>(Hon. Jon S. Tigar)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

**TO THE HONORABLE JON S. TIGAR AND HIS COURT CLERK:**

**IT IS HEREBY STIPULATED**, by and between Plaintiff Lita Nemeth, and Defendant Lincoln Life Assurance Company of Boston, by and through their respective counsel of record, that this action shall be dismissed with prejudice. The other Defendant has already been dismissed. [Dkt. No. 23].

Each party shall bear their own attorney's fees and costs.

///

///

///

**IT IS SO STIPULATED.**

DATED: June 7, 2022      KANTOR & KANTOR, LLP

By: */s/ Brent Dorian Brehm*
GLENN R. KANTOR
BRENT DORIAN BREHM
Attorneys for Plaintiff
Lita Nemeth

DATED: June 7, 2022      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Byrne J. Decker*
BYRNE J. DECKER
Attorneys for Defendants
Lincoln Life Assurance Company of Boston
n/k/a The Lincoln National Life Insurance Company

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.*

### [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.

DATED: June 7, 2022

HON. JON S. TIGAR
United States District Court Judge